# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Allan Enrique Sabori-Parra** DOB: 1990; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-01757MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about June 12, 2020, in the District of Arizona, **Allan Enrique Sabori-Parra**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree other persons, known and unknown, to conceal, harbor, or shield certain illegal aliens, including Arturo Vazquez-Mendez and Juan Bonilla-Estrada; within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii)** and **1324(a)(1)(A)(v)(I).**

**COUNT 2 (Felony)** On or about June 12, 2020, in the District of Arizona, **Allan Enrique Sabori-Parra**, knowing or in reckless disregard that certain aliens, including Arturo Vazquez-Mendez, had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii)**

**COUNT 3 (Felony)** On or about June 12, 2020, in the District of Arizona, **Allan Enrique Sabori-Parra**, knowing or in reckless disregard that certain aliens, including Juan Bonilla-Estrada , had come to, entered, and remained in the United States in violation of law, did conceal, harbor, or shield said aliens within the United States in any place, including any building or any means of transportation, in furtherance of such violation of law; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about June 12, 2020, in the District of Arizona (Nogales), United States Border Patrol Agents (BPA) received information from the Nogales Police Department (NPD) regarding possible illegal aliens loading into a black Honda vehicle. After a brief search of the area, Nogales Police Officers pulled over a 2018 Honda Accord and BPA responded to assist. The driver was identified as **Allan Enrique Sabori-Parra**, a Lawfully Admitted Permanent Resident. There were also two passengers who admitted they were in the U.S. illegally.

In a post-*Miranda* statement, **Sabori** admitted to smuggling illegal aliens and holding them at a stash house. 21 additional illegal aliens were found inside the stash house, including Arturo Vazquez-Mendez and Juan Bonilla-Estrada.

Arturo Vazquez-Mendez was previously removed on August 16, 2015 through Laredo, TX.  Juan Bonilla-Estrada was previously removed on June 8, 2018 through Nogales, AZ.

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 15, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54